AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Aaron Maurice HAMILTON JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:23-mj-42<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 15, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __January 24, 2023__

City and state: __Columbus Ohio__

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Aaron Maurice HAMILTON Jr.**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Aaron Maurice HAMILTON Jr. (Hereinafter referred to as HAMILTON) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that HAMILTON committed this offense.

4. According to a CPD report that I have reviewed, On or about October 15, 2022, uniformed CPD officers were dispatched to a report of a male with a gun at 3965 Cassady Village Trail, Columbus, Ohio. The known caller stated a black male wearing a black long sleeve shirt and gray pants was inside a white Dodge Sports Utility Vehicle (SUV). Further the caller stated that male had pointed a gun at them.

5. Once at scene officers observed the vehicle with a male later identified as HAMILTON and a female identified Alissa Evans inside. Officers approached the vehicle and took HAMILTON into custody.

6. Officers conducted a protective sweep of the vehicle. During the sweep officers located a Smith & Wesson M&P 9mm pistol bearing serial JBC4323 under the front passenger seat. As officers removed the firearm from the vehicle HAMILTON stated she (referring to Alissa Evans) had nothing to do with it. Officers asked what he meant, and HAMILTON replied by saying the gun was his.

7. HAMILTON was arrested and taken to CPD Headquarters for processing. At CPD Headquarters HAMILTON was read his rights and agreed to answer questions.

8. HAMILTON admitted to possession of the handgun but denied he displayed or brandished the firearm. HAMILTON stated he had purchased the firearm from another person approximately eight (8) months prior.

**PROBABLE CAUSE AFFIDAVIT**
**Aaron Maurice HAMILTON Jr.**

9. HAMILTON was prohibited from possession of a firearm based upon having been previously convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio, Court of Common Pleas case 06CR006013 for two counts of aggravated assault.

    b. Franklin County, Ohio, Court of Common Pleas case 11CR005857 for discharging firearm and weapons under disability.

    c. Franklin County, Ohio, Court of Common Pleas case 12CR006352 for weapons under disability.

    d. Franklin County, Ohio, Court of Common Pleas case 13CR00070 for weapons under disability.

10. Records from the Franklin County, Ohio, Court of Common Pleas case 13CR00070 show that on or about February 11, 2013, HAMILTON signed a plea agreement acknowledging that he understood the maximum term of imprisonment to be thirty-six (36) months.

11. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by HAMILTON on or about October 15, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

13. Based on this information, your affiant believes probable cause exists that HAMILTON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson M&P 9mm pistol bearing serial JBC4323 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ATF TFO Samuel Chappell

January 24, 2023

Sworn to and subscribed before me this day of _____, _____, at _____ Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge